**Opinion issued May 14, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

**NO. 01-24-00355-CV**

**NO. 01-24-00357-CV**

_____

**IN RE KESTREL FIELD SERVICES, INC., Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator Kestrel Field Services, Inc. filed a petition for writ of mandamus, challenging the trial court's February 20, 2024 order granting the motion to exclude Kestrel's expert witnesses filed by FVL, Ltd., Ford J. Frost, and Claudia

Wilson Frost.[1]  Kestrel also seeks an emergency stay of the trial set to begin May 20, 2024.

We deny the petition.  *See* TEX. R. APP. P. 52.8(a).  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.

---

[1] The underlying cases are *FVL, Ltd., et al. v. Enterprise Crude Pipeline LLC and Enterprise Products Partners, L.P.*, cause number 2020V-0112, and *FVL, Ltd., et al v. Strike, LLC a/k/a Strike USA; Precision HDD Drilling LLC, Directional Service South, L.L.C.; and Kestrel Field Services, Inc.*, cause number 2020V-0128, pending in the 155th District Court of Austin County, Texas, the Honorable Jeff R. Steinhauser presiding.